*UNITED STATES BANKRUPTCY COURT*
*SOUTHERN DISTRICT OF NEW YORK*
-------------------------------------------------------X

*In Re:*                                                    *ORDER OF DISMISSAL*
                                                            **FOR**
**Tronox Incorporated**                                     *FAILURE TO PROSECUTE*
                                                            *BANKRUPTCY APPEAL*

-------------------------------------------------------X          21-CV-8613 JPC

FROM:   VITO GENNA, CLERK
        UNITED STATES BANKRUPTCY COURT
        SOUTHERN DISTRICT OF NEW YORK

TO:     RUBY J. KRAJICK, CLERK
        UNITED STATES DISTRICT COURT
        SOUTHERN DISTRICT OF NEW YORK

IN RE: Tronox Incorporated                    BANKRUPTCY CASE: 09-10156 **(MEW)**
DATE OF FILING NOTICE OF APPEAL: 08/02/2021
APPELLANT: Chauncey Brown
BANKRUPTCY DOCUMENT #: 9546

The above- referenced case is forwarded to District Court for possible dismissal. Petitioner has failed to pay the filing fee and Designation of Items to be Included in the Record as required by:

    _X_ FRBP 8009
    ___ Federal Rules of Civil Procedure (Rule _____)
    _X_ 28 U.S.C. 1930 (9), (16)- the requirement to pay a filing fee
    ___ Rule 8009-1 from the Local Rules for The United States Bankruptcy Court Southern District of New
        York.

Dated:  **June 23, 2022**                      Vito Genna, Clerk
        New York, New York                     U.S. Bankruptcy Court, SDNY

                                               By: _____s/ Anatin Rouzeau_____
                                                        Deputy Clerk

                                   ***ORDER***

 For the reason(s) set forth above, the appeal is deemed abandoned, and **IT IS THEREFORE ORDERED** that the appeal in the above-entitled action is hereby **DISMISSED.**

Dated _____June 23_____ 20_22_
        New York, New York                     Judge, United States District Court

I hereby certify that I have this day forwarded a copy of this order to the Clerk of the Bankruptcy Court for the Southern District of New York.

District Court Document # _____          Ruby J. Krajick , Clerk
                                                     District Court, SDNY

                                               By: _____
                                                        Deputy Clerk